# EXHIBIT 1

From: <adsense-support@google.com>
Date: Oct 1, 2014 4:54 PM
Subject: RE: [3-0956000004993] Contact AdSense Support
To: <kfuchs87@gmail.com>
Cc:

Hi Kirill,

Happy to help. I reviewed your account and website supercraycray.com , and found correct implementations for both 336x280 (desktop), and 300x250 (mobile). We definitely appreciate your honesty and your efforts to keep your account in good standing.

For your reference, you can find tips and guidelines for keeping your account in good standing by visiting https://www.google.com/support/adsense/bin/answer.py?answer=23921. Hope this is useful. Feel free to write me for any further clarifications.

Thanks,

Roy
The Google AdSense Team