Mark Poe (S.B. #223714) – mpoe@gawpoe.com
Randolph Gaw (S.B. #223718) – rgaw@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiff Super Cray Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER CRAY INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　　　Defendant. | Case No. 5:15-cv-00109<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name | Nature of Relationship |
|---|---|
| Super Cray Inc. | Plaintiff |
| Google Inc. | Defendant |
| Kirill Fuchs | Shareholder of Super Cray Inc. |
| Ryan Kalscheuer | Shareholder of Super Cray Inc. |
| Denis Ganev | Shareholder of Super Cray Inc. |
| Mark Poe | Attorney for Super Cray Inc. |
| Randolph Gaw | Attorney for Super Cray Inc. |

Dated: January 9, 2015

GAW | POE LLP

By: /s/ Mark Poe

Mark Poe
Attorneys for Plaintiff Super Cray Inc.

- 1 -

PLTF. CERT. OF INTERESTED PARTIES
CASE NO.