UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER CRAY INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No.  15-CV-00109-LHK<br><br>**ORDER REGARDING POTENTIAL SETTLEMENT AND CASE SCHEDULE** |

On August 26, 2015 the Court was notified that the parties in this case have reached a settlement. The initial Case Management Conference and a hearing on the pending motion to dismiss are both currently set for September 3, 2015. The parties are hereby advised that the Court will not continue the Case Management Conference or hearing until a stipulation of dismissal has been filed with the Court.

**IT IS SO ORDERED.**

Dated: August 26, 2015

_____
Lucy H. Koh
United States District Judge

15-CV-00109-LHK
ORDER REGARDING POTENTIAL SETTLEMENT AND CASE SCHEDULE
1