Mark Poe (S.B. #223714) – mpoe@gawpoe.com
Randolph Gaw (S.B. #223718) – rgaw@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiff Super Cray Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER CRAY INC.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.<br><br>　　　　　Defendant. | Case No. 5:15-cv-00109 LHK<br><br>**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

1 | TO THE COURT AND ALL COUNSEL OF RECORD:

2 |     PLEASE TAKE NOTICE that Plaintiff Super Cray, Inc. hereby dismisses this action,

3 | with prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(i) (permitting a plaintiff to unilaterally dismiss an

4 | action prior to the defendant's filing of an Answer).

6 | Dated:  August 31, 2015      GAW | POE LLP

8 | By: _____
9 | Mark Poe
    Attorneys for Plaintiff Super Cray Inc.

- 1 -

PLAINTIFF'S VOLUNTARY DISMISSAL
CASE NO. 5:15-CV-00109